# EXHIBIT A

None.