# EXHIBIT D

# Harris County Docket Sheet

# 2020-75789

**COURT:** 133rd
**FILED DATE:** 11/24/2020
**CASE TYPE:** Seizure/Forfeiture



### STATE OF TEXAS

Attorney: BEAVERS, ANGELA JEWEL

### vs.

### ONE 1989 N323AA BRITISH AEROSPACE BAE 125 SERIES 800A

### Docket Sheet Entries

| Date | Comment |
|------|---------|