# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | |
| § | |
| V.  § | CIVIL ACTION NO.: _____ |
| § | |
| ONE 1989 N323AA BRITISH § | |
| AEROSPACE BAE 125 SERIES 800A, § | |
| SN 258155, HAWKER AND ALL LOGS § | |
| CERTIFICATES, RECORDS AND § | |
| BOOKS AS LISTED IN PLAINTIFF'S § | |
| NOTICE OF SEIZURE § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas, an index of matters being filed is set forth below, as follows:

**Exhibits**

- A. All executed process in this case;

- B. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;

    1. Plaintiff's Notice of Seizure & Intended Forfeiture and Notice of Seizure

- C. All answers to such pleadings;

- D. All orders signed by the state judge;

- E. Docket sheet;

- F. An index of matters being filed; and

- G. A list of all counsel of record, including addresses, telephone numbers and parties represented.

1