# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | |
| § | |
| V. § | CIVIL ACTION NO.: _____ |
| § | |
| ONE 1989 N323AA BRITISH § | |
| AEROSPACE BAE 125 SERIES 800A, § | |
| SN 258155, HAWKER AND ALL LOGS § | |
| CERTIFICATES, RECORDS AND § | |
| BOOKS AS LISTED IN PLAINTIFF'S § | |
| NOTICE OF SEIZURE § | |

## LIST OF COUNSEL OF RECORD

Pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas, a complete list of counsel of record involved in the action being removed, including each attorney's address, telephone number, and party or parties represented by that attorney, is set forth below, as follows:

**Attorney for Plaintiff**
*The State of Texas*

Angela Beavers
State Bar No. 00795243
HARRIS CO. DISTRICT ATTORNEY'S OFFICE
500 Jefferson, Suite 600
Houston, TX 77002
(713) 274-5570

**Attorneys for Defendant**
*One 1989 N323AA British Aerospace*
*BAE 125 Series 800A, SN 258155,*
*Hawker and All Logs, Certificates,*
*Records and Books as Listed in*
*Plaintiff's Notice of Seizure*

Gary L. Evans
State Bar No. 00795338
COATS & EVANS, P.C.
P.O. Box 130246
The Woodlands, TX 77393
(281) 367-7732

1