UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § | |
| V. | § § § | CIVIL ACTION NO.: 4:20-cv-4356 |
| ONE 1989 N323AA BRITISH AEROSPACE BAE 125 SERIES 800A, SN 258155, HAWKER AND ALL LOGS CERTIFICATES, RECORDS AND BOOKS AS LISTED IN PLAINTIFF'S NOTICE OF SEIZURE | § § § § § § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR REMAND

On this day came to be considered Plaintiff State of Texas' Motion for Remand to State Court for Lack of Jurisdiction (the "Motion for Remand"). (Dkt.8). Upon consideration of Plaintiff's Motion for Remand, Defendant and Respondent E.D. Santos and Associates LLC's response, the pleadings and exhibits attached thereto, and the arguments of the parties, the Court is of the opinion that the Motion for Remand should be DENIED.

It is therefore ORDERED that Plaintiff State of Texas' Motion for Remand to State Court for Lack of Jurisdiction is DENIED.

Signed this ____ day of _____, 2021, at Houston, Texas.

_____
Hon. Kenneth M. Hoyt
United States District Judge